**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 21-68-DLB-CJS**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**


**v.**                                            **ORDER**


**CONROD BURNETT**                                                                **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Candace Smith (Doc. # 40), wherein she recommends that Defendant Burnett's Motion to Suppress (Doc. # 25) be denied.  No objections have been filed, and the time for doing so has passed.  The Court has reviewed the Report and Recommendation and concludes that it is sound in all respects, and the Report and Recommendation will be **adopted** as the **opinion** of the Court.  Accordingly,

**IT IS ORDERED** as follows:

(1)     The Report and Recommendation of the United States Magistrate Judge (Doc. # 40) is **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2)     Defendant Burnett's Motion to Suppress (Doc. # 25) is **DENIED**; and

(3)     This matter is scheduled for a **Scheduling Conference** on **Tuesday, December 27, 2022 at 11:00 a.m. in Covington**.  The U.S. Marshall shall ensure the Defendant is present for the conference.

1

This 19th day of December, 2022.



Signed By:

**_David L. Bunning_**

**United States District Judge**